Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>J.F. McCRAY PLASTERING, INC., a California Corporation,<br><br>Defendant. | Case No.: C14-0604 SI<br><br>**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date: May 23, 2014<br>Time: 2:30 p.m,<br>Dept.: Courtroom 10, 19th Floor, San Francisco, CA<br>Judge: Honorable Susan Illston |

Plaintiffs herein respectfully request that the Case Management Conference, currently on calendar for May 23, 2014 be continued for approximately ninety (90) days. Good cause exists for the continuance, as follows:

1. As the Court's records will reflect, this action was filed on February 7, 2014 to collect unpaid contributions and related amounts owed to Plaintiffs for work performed by Defendant's employees.

2. Defendant was served with the Complaint on March 12, 2014, and a Proof of Service of Summons was filed with the Court on March 31, 2014. Defendant failed to plead or otherwise respond to the lawsuit, and the Clerk entered Defendant's default on April 7, 2014.

3. Plaintiffs will make a final attempt to resolve this matter informally with Defendant. If the parties are unable to come to an agreement, Plaintiffs anticipate filing a Motion for Default Judgment.

--1-
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
No.: C14-0604 SI

4.  There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference.  In the interest of conserving costs, as well as the Court's time and resources, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for May 23, 2014, be continued for approximately ninety (90) days to allow sufficient time for the parties to resolve this matter informally, or if it decided that such an informal resolution is unlikely, for Plaintiffs to prepare and file a Motion for Default Judgment.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 13th day of May, 2014, at San Francisco, California.

                SALTZMAN & JOHNSON
                LAW CORPORATION

                By: _____/S/_____
                      Muriel B. Kaplan
                      Attorney for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to Aug. 22, 2014, at 2:30 pm. All related deadlines are extended accordingly

Date:  5/13/14

_____
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I, the undersigned, declare:

1. I am a citizen of the United States and am employed in the County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

2. I am over the age of eighteen and not a party to this action.

3. On **May 13, 2014**, I served the following document(s):

**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and First Class mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelopes were addressed and mailed as follows:

**J.F. McCray Plastering, Inc.**
**2590 South River Road**
**West Sacramento, CA 25691**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **May 13, 2014,** at San Francisco, California.

                                                            /S/
                                               Alicia Rutkowski
                                               Paralegal