1  Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
(415) 882-7900
4  (415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  BAY AREA PAINTERS AND TAPERS          Case No.: C14-0604 SI
PENSION TRUST FUND, et al.
12                                        PLAINTIFFS' REQUEST TO CONTINUE
          Plaintiffs,                     CASE MANAGEMENT CONFERENCE;
13                                        [PROPOSED] ORDER THEREON
               v.
14                                        Date:  August 22, 2014
J.F. McCRAY PLASTERING, INC., a          Time:  2:30 p.m,
15  California Corporation,               Dept.: Courtroom 10, 19th Floor, San
                                                 Francisco, CA
16        Defendant.                      Judge: Honorable Susan Illston

17

18        Plaintiffs herein respectfully request that the Case Management Conference, currently on

19  calendar for August 22, 2014 be continued for approximately sixty (60) days. Good cause exists

20  for the continuance, as follows:

21        1.    As the Court's records will reflect, this action was filed on February 7, 2014 to

22  collect unpaid contributions and related amounts owed to Plaintiffs for work performed by

23  Defendant's employees.

24        2.    Defendant was served with the Complaint on March 12, 2014, and a Proof of

25  Service of Summons was filed with the Court on March 31, 2014.  Defendant failed to plead or

26  otherwise respond to the lawsuit, and the Clerk entered Defendant's default on April 7, 2014.

27        3.    The Court continued the previously scheduled Case Management Conference to

28  allow time for the parties to attempt to resolve this matter informally.

--1--
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
No.: C14-0604 SI

4.      Since then, based on information provided by Defendant, Plaintiffs have collected payments for some of Defendant's delinquent contributions directly from general contractors, and additional payments are expected based on releases issued for specified amounts.

5.      Plaintiffs also became aware that Defendant may have a valid Wage and Fringe Benefit Responsibility Bond for the delinquent time period. Plaintiffs made a claim on that bond and are awaiting a response from the surety.

6.      Plaintiffs' counsel anticipates being able to collect Defendant's remaining delinquent contributions from either general contractors and/or the surety.

7.      In the event Plaintiffs have not collected any portion of Defendant's delinquent contributions from other sources within thirty (30) days, Plaintiffs will make a final request to Defendant for its payment of the remaining contributions due, as well as the other amounts due to Plaintiffs, including attorneys' fees and costs, liquidated damages, and interest on the delinquent contributions. Should Defendant fail to remit either payment to Plaintiffs by the requested date, Plaintiffs will prepare and file a Motion for Default Judgment with the Court.

8.      There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs, as well as the Court's time and resources, Plaintiffs respectfully request that the Case Management Conference be continued for approximately sixty (60) days to allow sufficient time for the parties to resolve this

///

///

///

///

///

///

///

///

///

///

1   matter informally, for Plaintiffs to otherwise prepare and file a Motion for Default Judgment.

2       I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above

3   entitled action, and that the foregoing is true of my own knowledge.

4       Executed this 15th day of August, 2014, at San Francisco, California.

5                               SALTZMAN & JOHNSON
                                LAW CORPORATION
6
                        By: _____/S/_____
7                               Muriel B. Kaplan
                                Attorney for Plaintiffs
8   IT IS SO ORDERED.

9   Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management

10  Conference is hereby continued to  11/14/14 , at  2:30 pm All related deadlines are extended

11  accordingly

12

13  Date:    8/18/14

14  _____          _____
                                        UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

1

2    I, the undersigned, declare:

3        1.      I am a citizen of the United States and am employed in the County of San

4    Francisco, State of California. My business address is 44 Montgomery Street, Suite 2110, San

5    Francisco, California 94104.

6        2.      I am over the age of eighteen and not a party to this action.

7        3.      On **August 15, 2014**, I served the following document(s):

8    **PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;**
     **[PROPOSED] ORDER THEREON**

9

10   on the interested parties in said action by enclosing a true and exact copy of each document in a

11   sealed envelope and placing the envelope for collection and First Class mailing following our

12   ordinary business practices. I am readily familiar with this business' practice for collecting and

13   processing correspondence for mailing. On the same day that correspondence is placed for

14   collection and mailing, it is deposited in the ordinary course of business with the United States

15   Postal Service in a sealed envelope with postage fully prepaid.

16       4.      The envelopes were addressed and mailed as follows:

17                        **J.F. McCray Plastering, Inc.**
                          **2590 South River Road**
18                        **West Sacramento, CA 25691**

19       I declare under penalty of perjury that the foregoing is true and correct and that this

20   declaration was executed on **August 15, 2014,** at San Francisco, California.

21

22                                                      _____/S/_____

23                                                      Elise Cotterill
                                                        Paralegal

24

25

26

27

28

P:\CLIENTS\PATCL\J.F. McCray Plastering 2\Pleadings\C14-0604 SI - Request to Continue CMC 081514.doc