Michele R. Stafford, Esq. (SBN 172509)
Shivani Nanda, Esq. (SBN 253891)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
snanda@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>J.F. McCRAY PLASTERING, INC., a California Corporation,<br><br>　　　Defendant. | Case No.: C14-0604 SI<br><br>**NOTICE OF SETTLEMENT** |

//
//
//
//
//
//
//
//
//
//
//
//

--1--
NOTICE OF SETTLEMENT
No.: C14-0604 SI

1  TO THE COURT:

2       PLEASE TAKE NOTICE that Plaintiffs have tentatively resolved this Action. It is
3  anticipated that a Notice of Voluntary Dismissal will be filed within 30 days. The Court is
4  respectfully requested to vacate all court dates.

5       Executed this 9th day of March 2015, at San Francisco, California.

6                                          SALTZMAN & JOHNSON
                                            LAW CORPORATION
7
                                      By:            /S/
8                                           Shivani Nanda
                                            Attorney for Plaintiffs
9  IT IS SO ORDERED.

10 Based on the foregoing and GOOD CAUSE APPEARING, the calendar in this matter is vacated.

11 Date:

12                                          UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I, the undersigned, declare:

1. I am a citizen of the United States and am employed in the County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

2. I am over the age of eighteen and not a party to this action.

3. On **March 9, 2015**, I served the following document(s):

## NOTICE OF SETTLEMENT

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and First Class mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelopes were addressed and mailed as follows:

**J.F. McCray Plastering, Inc.**
**2590 South River Road**
**West Sacramento, CA 95691**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **March 9, 2015,** at San Francisco, California.

/S/
Elise Cotterill
Paralegal

-1-
**PROOF OF SERVICE**
**No.: C14-0604 SI**

P:\CLIENTS\PATCL\J.F. McCray Plastering 2\Pleadings\C14-0604 SI - Notice of Settlement 030915.doc